LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| BRUCE DORIAN SAUER, | No: 5:23-cv-02270-SP |
| Plaintiff, | ORDER |
| v. | |
| MARTIN O'MALLEY,[1] Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED AND EIGHT DOLLARS AND 91/100 ($4,708.91) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: May 1, 2024          _____

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)."